DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY LOPEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1896

[January 19, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sara Alijewicz, Judge; L.T. Case Nos. 50-2012-CF-002922-CXXX-WB, 50-2012-CF-005672-AXXX-WB, 50-2012-CF-005674-AXXX-WB, 50-2012-CF-005675-AXXX-WB, 50-2012-CF-005676-AXXX-WB and 50-2012-CF-005677-AXXX-WB.

David Casals and J. Samantha Vacciana of Trial Lawyers of Florida, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and DAMOORGIAN, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***